

**Gottlieb Townsend**

Trinity Building
111 Broadway, Suite 701
Tel: (212) 566-7766
Fax: (212) 428-6755
www.gottliebtownsend.com

Robert C. Gottlieb

Paul R. Townsend
*Admitted in NY & NJ

Kaylee Kreitenberg
*Admitted in NY & CA

April 30, 2026

**VIA ECF**
Honorable Judge Daniel J. Stewart
United States Magistrate Judge
Northen District of New York
James T. Foley U.S. Courthouse
445 Broadway - 4th Floor
Albany, NY 12207

**Re:**   ***USA v. Robert Sacco*, 1:26-cr-00031-MAD**

Dear Judge Stewart:

As you know, this law firm represents the defendant Robert Sacco in the above-captioned matter. This matter is currently scheduled for a detention hearing on May 5, 2026. As part of the defense motion, we proposed additional bail conditions that go beyond the terms recommended by Pretrial Services, specifically a rotation of family members to oversee Mr. Sacco at all times. In advance of the hearing, we wanted to provide a proposed schedule for the month of May 2026 in the event the Court grants our request:

> Monday: Divina, Mr. Sacco's stepmother
> Tuesday: Divina,
> Wednesday: Divina, Mr. Sacco's stepmother, and Pilar, Mr. Sacco's wife
> Thursday: Divina, Mr. Sacco's stepmother, Silvia and Luis, Mr. Sacco's mother-in-law and father-in-law
> Friday: Silvia and Luis, Mr. Sacco's mother-in-law and father-in-law
> Saturday: Silvia and Luis, Mr. Sacco's mother-in-law and father-in-law, Dominick, Mr. Sacco's brother, and Anais, Mr. Sacco's sister-in-law
> Sunday: Dominick, Mr. Sacco's Brother, Anais, Mr. Sacco's sister-in-law, and Pilar, Mr. Saccos' wife

Mimadelia, Mr. Sacco's aunt, will be available when any of the above are not available.

In addition, the defense motion proposed an added condition of release requiring mental health treatment, including both individual and group sex offense therapy with Dr. Shoshanna Must. A copy of Dr. Must's CV is attached for the Court's consideration.

Finally, we have also attached two sections from the DSM-5, which we intend to introduce

as exhibits at the upcoming detention hearing.

If the Court requires any additional information, the defense remains available.

Respectfully submitted,

GOTTLIEB TOWNSEND

/s/ Robert Gottlieb
Robert C. Gottlieb

Gottlieb Townsend • Trinity Building • III Broadway, Suite 701 • New York, NY 10006 • Tel: (212) 566-7766 • Fax: (212) 428-6755
www.gottliebtownsend.com

# Shoshanna Lea Must

Forensic Psychologist

smust@empirestateforensics.com • (914) 517-1356

19 West 34th Street, PH

Manhattan, NY

Forensic Psychologist with significant expertise in providing specialized treatment and evaluation for children and adults with problematic sexual behavior.  Over 20 years' experience in providing individual and group treatment. Specializes in sex-offense-specific risk assessments, using evidence-based and trauma-informed care approaches in completing comprehensive psychological evaluations for state, federal, and county agencies.  Certified in Sex Addiction Treatment (IITAP 2023)

## Qualifications Summary

- Adept at providing range of psychological assessment services, inclusive of expert diagnostic services for persons with problematic sexual behavior.

- Proficient in psychological testing, risk management psychological evaluations, and quality assurance as well as drafting detailed reports to drive efficiency within court and judicial system.

- Collaborative leader and team player demonstrated through experience in training and developing interns, clinicians, and psychologists to enhance assessment and treatment processes.

## Career Experience

**Empire State Forensics Group, Putnam, Westchester, and New York County**                              2009 – Present
Clinical Director

Complete psychological and sex-offense-specific risk assessments for local and federal departments of probation. Conduct and oversee provision of sex-offense-specific individual and group treatment for sexually offending adults and juveniles of all risk levels, inclusive of persons on parole with Structured and Intensive Supervision and Treatment (SIST) conditions. Implement trauma-based treatment for persons victimized by sexual violence. Train and develop federal probation officers, and pre-doctoral psychology interns on assessments and treatments options.

- Successfully presented evidenced-based practice in the treatment of persons convicted of sex offenses at national and state conferences.
- Managed post-doctoral interns and licensed psychologists.

**Connecticut Court Support Services Division, Glastonbury, CT**                              2020 – Present
Quality Assurance Reviewer

Conduct extensive court-ordered quality improvement audits of psychosocial/sexual evaluations by juvenile court clinicians. Help drive recommendations to determine state and quality of care, protection, and emergency mental health and substance use services provided in individual cases.

**Westchester Jewish Community Services, Treatment Center for Trauma and Abuse, Westchester County, NY**        2007 – 2012
Clinical Psychologist/Assessment Coordinator

Developed tailored treatment modalities for sex-offense-specific sexually offending adults and adolescent males and females within individual, family, and group settings.  Applied relapse prevention techniques, cognitive-behavioral strategies as well as The Good Lives Model. Carried out Containment Model approach by coordinating treatment with Westchester County Department of Probation and Polygraph Examiner. Wrote progress reports to Department of Probation for criminal court cases and Department of Social Services for family court cases.  Undertook safety and risk evaluations for non-adjudicated and adjudicated youth demonstrating sexually inappropriate behavior which necessitate recommendations for further services and interventions.

- Produced empirically-based related to individual and family treatment for the child, adolescent, and adult survivors of trauma.
- Led collateral group treatment for female adolescent survivors of sexual abuse and co-led monthly support group for parents of children with juvenile sexual offenses/sexually aggressive behavior problems.

## Clinical Experience

**Psychology Intern,** Westchester Jewish Community Services - Family Mental Health Clinic, Westchester County, NY
**Psychology Intern,** Westchester Jewish Community Services - Adult and Juvenile Sex Offense Program, Westchester County, NY
**Psychology Extern,** Student Health and Wellness Center, Heritage High School, New York, NY
**Psychometrician,** The New York Center for Neuropsychology and Forensic Behavioral Science, Brooklyn, NY
**Psychology Extern,** The Henry Ittleson Center for Child Research, Jewish Board for Family and Children's Services, Bronx, NY
**Field Work Extern,** Student Health and Wellness Center, Heritage High School, New York, NY
**Psychoeducational Evaluator,** Center for Educational and Psychological Services, Teachers College - Columbia University, New York, NY

## Supervisory & Teaching Experience

**Supervisor,** Empire State Forensics Group, 2010 to Current
**Supervisor,** Westchester Jewish Community Services, 2008 to 2012
**Supervisor,** Student Health and Wellness Center, Heritage High School, 2005 to 2006
**Teaching Assistant,** Center for Educational and Psychological Services, Teachers College: Columbia University, 2005 to 2005
**Practicum Instructor,** Department of Developmental Psychology, Teachers College, Columbia University, 2003 to 2005
**Teaching Assistant,** Center for Educational and Psychological Services, Teachers College: Columbia University, 2003

## Education

**Doctor of Philosophy in School Psychology -** American Psychological Association (APA) Accredited
Teachers College: Columbia University, New York, NY

**Master of Education in Educational Psychology (M. Ed.) -** American Psychological Association (APA) Accredited
Teachers College: Columbia University, New York, NY

**Bachelor of Arts in Clinical Psychology -** Magna Cum Laude
Tufts University, Medford, MA

## Licenses & Certifications

**Certified Sex Addiction Therapist, IITAP**
**Licensed Psychologist** • #68-01789-2 • New York, NY • 2008

## Affiliations

**Clinical Associate Member** • Association for the Treatment of Sexual Abusers • 2008 to Present

**Board Member Since 2014** • New York State Association for the Treatment of Sexual Abusers • 2008 to Present

**Board Member of Sex Offense Working Group** • New York City Bar • 2021 to 2024

## Professional Development

Qualified Expert in Westchester County Adult Court System
Hare Psychopathy Checklist Revised-2 Training • ATSA Conference • 2012
Stable-2007 and Acute-2007 Training • NYSATSA Presentation • 2011,
Beyond the Basics: DBT Skills Essentials in Action • Behavioral Tech • 2011
What's Possible with the Impossible Couple, Michael Zentman, PhD • Manhattan Psychological Society • 2011
Sex Offenders in a Digital World: Deception and Detection • New York State Court Officers Academy • 2010
MMPI – 2 – RF Training • Interfaith Medical Center • 2009
Static-99 Training • Office of Sex Offender Management • 2009

Stable 2007 Training • ATSA Conference • 2009
ABEL Assessment for Adult Sexual Interest • ABEL Screening • 2009
Advanced Certificate Parent-Management Training • Yale Child Study Center • 2009
Training in Best Practice Working with Sexually Aggressive Youth • WJCS • 2008
Manipulation and Deception by Sexual Offenders • State Police Academy • 2008
Sexual Abuse Training for Child Welfare Workers • Fordham University • 2008
Parent-Management Training • Yale Child Study Center • 2007
Trauma-Focused Cognitive Behavioral Therapy for Sexually Abused Children • Treatment Center for Trauma and Abuse • Westchester Jewish Community Services • 2007
Coping Cats for Childhood Anxiety Disorders • Westchester Jewish Community Services • 2007
Child Sexual Abuse Training, Treatment Center for Trauma and Abuse • Westchester Jewish Community Services • 2007
Identification and Reporting of Child Abuse and Maltreatment • Westchester Jewish Community Services • 2007
Evaluation and Treatment for Sexually Aggressive Youth, Treatment Center for Trauma and Abuse • Westchester Jewish Community Services • 2006/2007
Primary Certificate in Rational Emotive Behavior Therapy • Albert Ellis Institute • 2005

## Research

**Project Coordinator: ATSA-sponsored,** *Gender-Specific Issues in Treating Sexually Offending Adults*, International and National Survey Data Collection, 2015 to 2018
**Project Coordinator,** *Juveniles Starting Over Program*, Program Evaluation Project, 2012 to 2013
**Psychology Intern,** Clinics Plus, Westchester Jewish Community Services, 2006 to 2007
**Researcher,** *The Dual Effects of Parenting and Perfectionism on Maladjustment and Academic Performance of Affluent Suburban Adolescents*, Department of Developmental Psychology, Teachers College: Columbia University, 2002 to 2007
**Research Assistant,** Department of Developmental Psychology, Teachers College: Columbia University, 2002 to 2006

## Publications

- Must, S.L. & Sofocleous, G.T.S. (2019).  Pregnancy in Criminal Justice Settings.  In "Women Working in Criminal Justice: A Guidebook for Navigating Gender-Related Challenges. Brandon, VT: Safer Society Press.
- Faith, M.S., Keller, K.L., Johnson, S.L., Pietrobelli, A., Matz, P.E., Must S., Jorge M.A., Cooperberg, J., Heymsfield, S.B., & Allison, D.B. (2004).  Familial aggregation of energy intake in children. American Journal of Clinical Nutrition, 79, 844-50.
- Keller, K.L, Pietrobelli, A., Must, S., & Faith, M.S. (2002).  Genetics of eating and its relation to obesity. Current Atherosclerosis Reports, 5, 176 182.
- Faith, M.S., Keller, K.L., Matz, P, Johnson, S.L., Lewis, R., Jorge, M.A., Ridley, C., Han, H., Must, S., Heo, M., Pietrobelli, A., Heymsfield, S.B., & Allison, D.B. (2002).  Project Grow 2 Gether: A study of the genetic and environmental influences on child eating and obesity. Twin Research, 5, 472-475.

## Presentations

- Must, S.L., and Weeks, J. (2025) "I'm Just a Sex Addict: Sexual Compulsive Behavior Treatment for Those with Online Offenses" New York State Association for the Treatment and Prevention of Sex Abuse
- Must, S.L., and Prescott, D. (2025) "Navigating the Challenges of Supervising Professionals Treating Sexual Aggression" Safer Society Press Webinar Series
- Must, S.L, and Prescott, D. (2024) Clinical Supervision while working with mandated clients – Am I doing this right?" New York State Association for the Treatment and Prevention of Sex Abuse
- Must, S.L. and Prescott, D. (2024) Clinical Supervision-What Really is it all About?" Safer Society Press Webinar Series
- Must, S.L. and Liebert, S. (2024) Sex Offense Specific Risk Assessment 101, SDNY Probation Department
- Kepros, L. Aubrey, M., and Must, S.L., Westcott, S., Griffith, A. (2023) Psychosexual Evaluations: Navigating Clinical, Ethical, and Legal Issues Throughout the Process.  National Conference of Association for the Treatment and Prevention of Sexual Abuse Conference.
- Kepros, L. Aubrey, M., and Must, S.L. (2022) Working with Attorneys: Psychosexual Evaluations. National Conference of Association for the Treatment and Prevention of Sexual Abuse Conference.
- Must, S.L. & Rosenthal, A. (2022).  Sora Modification Petition.  Mitigating the Long-Term Consequences of Registration.  New York State Association for the Treatment of Sexual Abusers Conference.
- Must, S.L., Dent, T., & Kepros, L. (2022) "What did I miss.  When a Client Reoffends" Safer Society Press Webinar Series.
- Must, S.L. & Plufgradt, D. (2022) "Strategies for Overcoming Gender Differences when Working with Male Clients."

- Must, S.L (2021) "On Being Female.  How we can use our Gender to Help our Clients and Take Care of Ourselves at the Same Time." Safer Society Press Webinar Series.
- Must, S. & Sexton, C. (2021, October). Un(wanted) Sexual Thoughts: Differential Diagnosis and Treatment in OCD and Paraphilic Disorders.  National Association for the Treatment and Prevention of Sexual Abuse Conference.
- Must, S. & Sexton, C. (2021, May). Un(wanted) Sexual Thoughts: Differential Diagnosis and Treatment in OCD and Paraphilic Disorders.  New York State Association for the Treatment of Sexual Abusers Conference.
- Prescott, D., Kepros, L., & Must, S. (2019, October).  How Pre and Post Convictions Shape our clients: Legal, Forensic, and Clinical Considerations for all Professionals." National Conference of Association for the Treatment of Sexual Abusers Conference.
- Must, S.L. (2017, January). "Trauma-informed Sensitivity Training." Borden Avenue Veteran's Residence, Institute of Community Living.
- Must, S.L. & Lau, K.J. (2016, June). "Sex Offender Assessment Training." SDNY US Department of Probation.
- Must, S.L. & Sofocleous, G.T (2016, April). "The Elephant in the Room: Professionals' Pregnancy in the Field of Sex Offense Management." Massachusetts Association for the Treatment of Sexual Abusers.
- Must, S.L. & Sofocleous, G.T (2015, October). "The Elephant in the Room: Professionals' Pregnancy in the Field of Sex Offense Management." National Conference of Association for the Treatment of Sexual Abusers.
- Must, S.L., Sofocleous, G.T., & Cinicolo, J.R. (2015, April). "Gender Specific Challenges in Working with Adults who Sexually Offend." New York State Association for the Treatment of Sexual Abusers Conference.
- Must, S.. L., Lau, K.J. & Porter, C. (2014, April.)  "Enhancing the Comprehensive Approach to Sex Offender Management: A Collaborative Project with US Probation." New York State Association for the Treatment of Sexual Abusers Conference.
- Must, S.L. & Olezeski, C. (2013, May). "Applying the Good Lives Model to an Outpatient Setting: Successes and Challenges." New York State Association for the Treatment of Sexual Abusers Conference.
- Must, S.L., Porter, C., Lau, K.J., Olezeski C. (2012, October). "Applying the Good Lives Model to an Outpatient Setting: Successes and Challenges."  National Conference of Association for the Treatment of Sexual Abusers.
-  Must, S.L., Porter, C., Lau, K.J., Olezeski C. (2012, Ocrober) "Enhancing Community Safety through Colloboration: Enhancing the Comprehensive Approach to Sex Offender Management: A collaborative project with U.S. Probation." National Conference of Association for the Treatment of Sexual Abusers.
- Must, S.L., Nelson, L., Novitskie, D. (2011, June). "Behind the Bad" – Understanding the role of trauma in juvenile delinquents.  Westchester County Department of Probation.
- Must, S.L., Lau, K.J., Donat, R. & Olezeski, C. (2010, May). Implementation of Best Treatment Practices in a Community Based Program of Juvenile Sex Offenders.  New York State Association for the Treatment of Sexual Abusers.
- Wekar, J. & Must, S.L. (2009, November). Evidence based Interventions with Children and Youth. 17th annual Edythe Kurz Conference workshop provided to mental health professionals.
- Must, S.L. & Yoshida, M. (2009, January). Prevention of Childhood Externalizing Disorders through Early Identification. Training provided to the White Plains Police Department – Community Policing Division.

**Psychological factors affecting other medical conditions.**    In psychological factors affecting other medical conditions, specific psychological entities (e.g., psychological symptoms, behaviors, other factors) exacerbate a medical condition. These psychological factors can precipitate, exacerbate, or put an individual at risk for medical illness, or they can worsen an existing condition. In contrast, an adjustment disorder is a reaction to the stressor (e.g., having a medical illness).

**Normative stress reactions.**    When bad things happen, most people get upset. This is not an adjustment disorder. The diagnosis should only be made when the magnitude of the distress (e.g., alterations in mood, anxiety, or conduct) exceeds what would normally be expected (which may vary in different cultures) or when the adverse event precipitates functional impairment.

## Comorbidity

Adjustment disorders can accompany most mental disorders and any medical disorder. Adjustment disorders can be diagnosed in addition to another mental disorder only if the latter does not explain the particular symptoms that occur in reaction to the stressor. For example, an individual may develop an adjustment disorder, with depressed mood, after losing a job and at the same time have a diagnosis of obsessive-compulsive disorder. Or, an individual may have a depressive or bipolar disorder and an adjustment disorder as long as the criteria for both are met. Adjustment disorders are common accompaniments of medical illness and may be the major psychological response to a medical disorder.

# Other Specified Trauma- and Stressor-Related Disorder

**309.89** (F43.8)

This category applies to presentations in which symptoms characteristic of a trauma- and stressor-related disorder that cause clinically significant distress or impairment in social, occupational, or other important areas of functioning predominate but do not meet the full criteria for any of the disorders in the trauma- and stressor-related disorders diagnostic class. The other specified trauma- and stressor-related disorder category is used in situations in which the clinician chooses to communicate the specific reason that the presentation does not meet the criteria for any specific trauma- and stressor-related disorder. This is done by recording "other specified trauma- and stressor-related disorder" followed by the specific reason (e.g., "persistent complex bereavement disorder").

Examples of presentations that can be specified using the "other specified" designation include the following:

1. **Adjustment-like disorders with delayed onset of symptoms that occur more than 3 months after the stressor.**
2. **Adjustment-like disorders with prolonged duration of more than 6 months without prolonged duration of stressor.**
3. *Ataque de nervios:* See "Glossary of Cultural Concepts of Distress" in the Appendix.
4. **Other cultural syndromes:** See "Glossary of Cultural Concepts of Distress" in the Appendix.
5. **Persistent complex bereavement disorder:** This disorder is characterized by severe and persistent grief and mourning reactions (see the chapter "Conditions for Further Study").

# Other Specified Paraphilic Disorder

### 302.89 (F65.89)

This category applies to presentations in which symptoms characteristic of a paraphilic disorder that cause clinically significant distress or impairment in social, occupational, or other important areas of functioning predominate but do not meet the full criteria for any of the disorders in the paraphilic disorders diagnostic class. The other specified paraphilic disorder category is used in situations in which the clinician chooses to communicate the specific reason that the presentation does not meet the criteria for any specific paraphilic disorder. This is done by recording "other specified paraphilic disorder" followed by the specific reason (e.g., "zoophilia").

Examples of presentations that can be specified using the "other specified" designation include, but are not limited to, recurrent and intense sexual arousal involving *telephone scatologia* (obscene phone calls), *necrophilia* (corpses), *zoophilia* (animals), *coprophilia* (feces), *klismaphilia* (enemas), or *urophilia* (urine) that has been present for at least 6 months and causes marked distress or impairment in social, occupational, or other important areas of functioning. Other specified paraphilic disorder can be specified as in remission and/or as occurring in a controlled environment.

# Unspecified Paraphilic Disorder

### 302.9 (F65.9)

This category applies to presentations in which symptoms characteristic of a paraphilic disorder that cause clinically significant distress or impairment in social, occupational, or other important areas of functioning predominate but do not meet the full criteria for any of the disorders in the paraphilic disorders diagnostic class. The unspecified paraphilic disorder category is used in situations in which the clinician chooses *not* to specify the reason that the criteria are not met for a specific paraphilic disorder, and includes presentations in which there is insufficient information to make a more specific diagnosis.